IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

Criminal No. 03-244-2

v.

**ANTHONY ASKEW**

**MEMORANDUM ORDER DENYING ANTHONY ASKEW'S
MOTION TO RECONSIDER (DOC. NO. 315)**

Before the Court is Movant's, Anthony Askew's, Motion for Reconsideration. Doc. No. 315. On May 23, 2012, Movant filed a "Motion to Void Judgment for Lack of Jurisdiction for Fifth Amendment Grand Jury Clause, F.R.Cr.P. 6 Violations, and Motion for Grand Jury Records and List of Jurors['] Names Who Voted the Indictment." Doc. No. 312. The Court dismissed this Motion for lack of subject matter jurisdiction by way of Memorandum Order on June 13, 2012. Doc. No. 314. Movant now seeks reconsideration of this Order. This request shall be denied.

The current Motion to Reconsider (doc. no. 314) seeks the same relief as Movant's "Motion to Void Judgment for Lack of Jurisdiction for Fifth Amendment Grand Jury Clause, F.R.Cr.P. 6 Violations, and Motion for Grand Jury Records and List of Jurors['] Names Who Voted the Indictment." Doc. No. 312. In its prior Memorandum Order, this Court described in detail how that Motion (doc. no. 312) was nothing more than a second attempt to litigate an issue which Defendant failed to raise in his original § 2255 Petition. Doc. No. 314. The Court also stated that it did not possess the requisite subject matter jurisdiction as to Movant's prior Motion (doc. no. 312) and dismissed that Motion. The Motion for Reconsider presently before the Court offers no new information, or any new factual or legal basis upon which subject matter jurisdiction can be said to exist.

# ORDER

AND NOW, this 5th day of July, 2012, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion to Reconsider (doc. no. 315) his prior "Motion to Void Judgment for Lack of Jurisdiction for Fifth Amendment Grand Jury Clause, F.R.Cr.P. 6 Violations, and Motion for Grand Jury Records and List of Jurors['] Names Who Voted the Indictment" (doc. no. 312) is hereby DENIED.

s/ Arthur J. Schwab<br>
Arthur J. Schwab<br>
United States District Judge

cc: All Registered ECF Counsel and Parties

    Anthony Askew, Pro Se Petitioner
    07967 068
    USP Hazelton
    PO Box 2000
    Bruceton Mills, WV 26525